Robert C. Brady
Howard D. Geneslaw
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

*rbrady@gibbonslaw.com*
*hgeneslaw@gibbonslaw.com*

*Counsel of Record for*
*ATC Ingredients, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KANCOR AMERICAS, INC. and KANCOR INGREDIENTS, LTD,<br><br>        Plaintiffs,<br><br>v.<br><br>ATC INGREDIENTS, INC.,<br><br>        Defendants. | **Civil Action No. 14-4107 (WJM) (MF)**<br><br>*Document electronically filed.*<br><br><br>**NOTICE OF APPEARANCE OF<br>ROBERT C. BRADY, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for ATC Ingredients, Inc. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: July 30, 2014
      Newark, New Jersey

s/ Robert C. Brady
Robert C. Brady, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545
rbrady@gibbonslaw.com

*Counsel of Record for*
*ATC Ingredients, Inc.*