# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

KANCOR AMERICAS, INC., and
KANCOR INGREDIENTS, LTD.

Plaintiffs,

v.

ATC INGREDIENTS, INC.,

Defendant.

Civil Action No. 1:15-cv-00589-GBL-IDD

ATC INGREDIENTS, INC.,

Counterclaimant and Third Party Plaintiff,

v.

KANCOR INGREDIENTS, LTD.

Counterdefendant, &

KANCOR AMERICAS, INC.,

Third Party Defendant.

ATC's Objections to Kancor's Exhibit List

| No. | Description | Objection |
|---|---|---|
| 1 | 4.29.06 email from Thomas Jacob to Geemon Korah re: Advise – Travel Expense (KIN00198254) | Relevance |
| 2 | 5.2.06 email from Thomas Jacob to Vivek Thomas re: Per Geemon – Agent letter (KIN00193493) | Relevance |
| 4 | 5.4.06 email from Thomas Jacob to Vivek Thomas re: Thank you for Agent letter (KIN00193494) | Relevance |
| 5 | 2.9.10 email from Vivek Thomas to Thomas Jacob re: Question – Kancor Goods (KIN00183094) | Relevance |

| 7 | New Vendor Request Form (KIN00199503) | Document provided as Exhibit 7 does not match the bates number listed; As to bates # listed – hearsay, relevance, as to document identified as Exhibit 7 – relevance |
|---|---|---|
| 9 | 3.25.09 email from Thomas Jacob to Geemon Korah and Vivek Thomas re: Some good News – Campbells (KIN00173510-2) | Contains hearsay |
| 12 | 8.28.06 email from Thomas Jacob to Geemon Korah cc: Sony Varghese re: Colgate Update/feedback request (KIN00198384) | Relevance, contains hearsay |
| 13 | 9.6.07 Substitute W-9 Form (KIN00179088) | Relevance |
| 14 | 3.15.12 email from Geemon Korah to Vivek Thomas and Jose Mathew re: Fwd: Agreement (KIN00104695) | Incomplete |
| 15 | 9.27.10 email from Sunil Sankar to Thomas Jacob, Sijil Karim, svchandran re: Followup: ATC VKL Agreement (ATC000443-4) | Hearsay, relevance, incomplete |
| 18 | 10.22.09 email from Thomas Jacob to Vivek Thomas and Celine John re: Deadline – Heinz (ATC048035) | Incomplete |
| 19 | 5.20.08 email from Thomas Jacob to Georgiann Capsey re: Oleoresin Black Pepper Piperine Level 40.53% (ATC043651-2) | Contains hearsay, relevance |
| 20 | 4.21.06 email from Vivek Thomas to V. Sasheendran re: VKL Travel Expense & Agent Agreement (KIN00192743-4) | Contains hearsay, relevance, |
| 21 | 4.27.09 letter from VKL to General Mills re: ATC (ATC062157) | Relevance, hearsay, authenticity |
| 22 | 11.19.15 SCC Business Entity Search (Exhibit 5 to Declaration of Ali Mojibi Yazdi in Support of Kancor's Opposition to ATC's Motion for Summary Judgment) | Relevance, hearsay, authenticity |
| 23 | 11.19.15 SCC Business Entity Details (Exhibit 6 to Declaration of Ali Mojibi Yazdi in Support of Kancor's Opposition to ATC's Motion for Summary Judgment) | Relevance, hearsay, authenticity |
| 25 | 8.13.12 email from Thomas Jacob to Celine John cc: Vivek Thomas, Vijay P V re: GLab payment (KIN00172462-3) | Incomplete |
| 26 | 11.24.10 email from Thomas Jacob to Vivek Thomas and Celine John re: Authorization needed ATC Estimate Request (KIN00172551-3) | Contains hearsay |
| 27 | 4.25.14 email from Thomas Jacob to Nick Nikola re: FYI: Draft – Service Agreement (ATC003594-603) | Inadmissible under Fed. R. Evid. Rule 408; relevance |
| 28 | 4.28.09 email from Vivek Thomas to Thomas Jacob re: Chef Merito – Sea Shipment (KIN00000028) | Relevance |
| 29 | 3.30.06 email from Thomas Jacob to Geemon Korah cc: Vivek Thomas re: Morton Bassett Status … Good News (KIN00193464) | Relevance |

| | | |
|---|---|---|
| 30 | 7.8.09 email from Vivek Thomas to Thomas Jacob cc: Celine John re: Chef M – Inv 9501143 – 16-05-2009 (KIN00000032) | Relevance |
| 31 | 7.8.09 email from Thomas Jacob to Vivek Thomas re: Chef M – Inv 9501143 – 16-05-2009 (00KIN174325) | Relevance |
| 38 | 6.3.10 email from Geemon Korah to Thomas Jacob, Vivek Thomas, Vishwas Garg, Jose Mathew, V. Sasheendran re: ConAgra and Kalsec (KIN00003238-40) | Relevance, contains hearsay |
| 42 | 6.13.07 email from Thomas Jacob to Vivek Thomas re: Reimbursement of promotion expenses (KIN00172492) | Relevance |
| 43 | 10.10.07 letter from Rahul Lalka to Karnataka Bank re: Request for Bank Transfer of Dollar USD 5000 to Thomas Jacob (KIN0014342-4) | Relevance |
| 44 | 3.27.07 email from Thomas Jacob to Vivek Thomas re: Email for Foran Spice (KIN00178646) | Relevance, contains hearsay |
| 45 | 8.3.05 email from Vivek Thomas to Thomas Jacob re: Info Request (specialty extracts) (KIN00197530-4) | Relevance |
| 46 | 8.3.05 email from Vivek Thomas to Thomas Jacob re: Info Request (specialty extracts) (KIN00197530-4) | Duplicate of Exhibits 45, relevance |
| 47 | 1.2.14, 1.28.14, 2.12.14 Debit Notes (KIN00014345-7) | Incomplete, Inadmissable under Fed. R. Evid. Rule 408 |
| 48 | 5.28.14 email from Geemon Korah to Thomas Jacob re: Confidential (ATC066126-8) | Inadmissable under Fed. R. Evid. Rule 408 |
| 49 | 5.28.14 email from Geemon Korah to Thomas Jacob re: Confidential (ATC066129-31) | Inadmissable under Fed. R. Evid. Rule 408 |
| 50 | 1.7.14 email from Vivek Thomas to Thomas Jacob and Geemon Korah re: Reconciliation – ATC – Kancor and Excel spreadsheet (KIN00172621-2) | Inadmissable under Fed. R. Evid. Rule 408 |
| 51 | 2.7.14 email from Geemon Korah to Thomas Jacob and SV Mathew re: Customer Mgt and Remittances due (KIN00213180-3) | Inadmissable under Fed. R. Evid. Rule 408 |
| 52 | 11.13.12 email from Vivek Thomas to Thomas Jacob cc: Jose Mathew, Vijay P V re: ATC – reports for Kancor (KIN00202734) | Inadmissable under Fed. R. Evid. Rule 408 |
| 53 | 11.16.12 email from Vivek Thomas to Thomas Jacob re: ATC – reports for Kancor (KIN00204147-9) | Inadmissable under Fed. R. Evid. Rule 408 |
| 54 | 3.27.14 email from Thomas Jacob to Vivek Thomas cc: Nick Nikola re: wire transfer – Kancor Debit Memo 2013-14-001 (ATC003736-40) | Inadmissable under Fed. R. Evid. Rule 408 |

| | | |
|---|---|---|
| 55 | 2.13.13 email from Vivek Thomas to Thomas Jacob re: ATC Contract Balance (KIN00172504-5) | Inadmissible under Fed. R. Evid. Rule 408 |
| 56 | 6.3.13 email from Vivek Thomas to Thomas Jacob cc: Vijay P V, Celine John re: Feedback – Wixon Oleo Ginger Spec Sheet (ATC025011-2) | Contains hearsay; relevance |
| 58 | 11.8.06 email from Vivek Thomas to Thomas Jacob re: Urgent Wild [FWD: FW: Paprika and turmeric information] (ATC003829-34) | Contains hearsay, relevance |
| 59 | 2.14.07 email from Vivek Thomas to Thomas Jacob re: Sample Request: Oleo Paprika 80CV (ATC003896-8) | Contains hearsay, relevance |
| 60 | 2.19.07 email from Vivek Thomas to Thomas Jacob re: Nestle USA Quote/Sample Request (ATC003899-3900) | Relevance |
| 61 | 2.15.07 email from Thomas Jacob to Vivek Thomas re: Sample Request – Legacy Foods (KIN00001089) | Relevance |
| 62 | 6.27.07 email from Vivek Thomas to Thomas Jacob re: Please respond to my emails. Thanks. (ATC011535-6) | Relevance |
| 63 | 11.17.08 email from Celine John to Thomas Jacob cc: Vivek Thomas re: Sample Request – Wild Flavors (Granor) (ATC041479-80) | Relevance |
| 64 | 7.27.09 email from Thomas Jacob to Celine John cc: Vivek Thomas re: Sample Request – Wild Flavors (ATC061901-4) | Relevance |
| 65 | 1.6.10 email from Thomas Jacob to Vivek Thomas cc: Celine John re: Wild 145K OR Paprika Odorless (ATC023732-4) | Relevance |
| 66 | 2.23.10 email from Vivek Thomas to Thomas Jacob re: ConAgra-Kancor call confirmation (ATC051143-6) | Contains hearsay, relevance |
| 67 | 12.2.13 email from Thomas Jacob to Celine John cc: Vivek Thomas re: Followup – Sample Request – Wixon OR Ginger – target sample (ATC032400-2) | Relevance |
| 68 | 11.2.06 email from Thomas Jacob to Vivek Thomas re: Hydroblend product spec/background (KIN00068366) | Contains hearsay, incomplete, relevance |
| 69 | 6.14.07 email from Thomas Jacob to Sanjaya Mariwala cc: Vivek Thomas, Geemon Korah, Sashi re: Companies to meet/2007 IFT (KIN00178840-1) | Relevance, hearsay, incomplete, authentication |
| 70 | 6.14.07 email from Thomas Jacob to Vivek Thomas re: Account Status Review for Sanjaya (KIN00178838) | Relevance, Incomplete |
| 71 | Spreadsheet of samples (KIN00172613) | Authentication, Hearsay, relevance, document not provided |

| | | |
|---|---|---|
| 72 | 3.19.99 Party Register (KIN00172614) | Relevance, hearsay, authentication, |
| 73 | Spreadsheet of Sales Data 1994-95 to 2006-07 (from DOS) (KIN00172615) | Authentication, Hearsay, relevance, document not provided with exhibits |
| 74 | 3.31.14 Kancor Americas, Inc. Financial Statements (KAM00000001-14) | Hearsay, authentication, foundation, requires expert testimony |
| 75 | 3.31.15 Kancor North America, Inc. Financial Statements (KAM00043094-107) | Hearsay, authentication, foundation, requires expert testimony |
| 76 | 9.15.15 Expert Witness Report of Mark L. Zyla, CPA/ABV, CFA, ASA | Hearsay, authentication, foundation, qualifications of expert, invades providence of jury, |
| 77 | 9.15.15 Expert Witness Report of Mark L. Zyla, CPA/ABV, CFA, ASA | Hearsay, authentication, foundation, qualifications of expert, invades providence of jury |
| 78 | 12.11.14 Kancor Americas, Inc.'s 2013 U.S. Corporation Income Tax Return (KAM00000015-29) | Hearsay, authentication, requires expert testimony |
| 79 | 12.11.14 Kancor Americas, Inc.'s New Jersey Corporation Business Tax Return for period 4/1/13 to 3/31/14 (KAM00000030-49) | Hearsay, authentication, requires expert testimony |
| 80 | Sales Plan of Kancor US 2014-2015 (KAM00046221) | Authentication, Hearsay, relevance, document not provided in exhibits |

| | | |
|---|---|---|
| 81 | Sales Plan of Kancor US 2014-2015 (KAM00046222) | Authentication, Hearsay, relevance, document not provided in exhibits |
| 82 | Reconciliation spreadsheet (KAM00046223) | Document not provided in exhibits, inadmissible under Fed. R. Evid Rule 408, authentication, contains hearsay |
| 85 | 3.26.08 email from Thomas Jacob to Haris (essentialoils@kancor.in) re: Vanilla Shipment Status (ATC004643) | Relevance, contains hearsay, authentication |
| 86 | 9.14.07 email from Thomas Jacob to Vivek Thomas re: Symrise PO and instructions (KIN00179127-30) | Relevance, contains hearsay, |
| 87 | 3.13.08 email from Vivek Thomas to Thomas Jacob re: Kancor Inv BI/02/07-08/0326 dtd 22-aug-2007 $19681.20 (ATC004299) | Relevance |
| 89 | 3.11.09 email from Thomas Jacob to Shane Sharareh re: Info required for starting subsidiary in US (ATC001599-604) | Hearsay, relevance |
| 90 | 3.11.09 email from Shane Sharareh to Thomas Jacob re: Info required for starting subsidiary in US (ATC001670-1) | Hearsay, relevance, authentication |
| 91 | 3.16.09 email from Shane Sharareh to Thomas Jacob re: Letter (ATC001663-8) | Hearsay |
| 96 | 1.17.12 email from Vivek Thomas to Thomas Jacob cc: Jose Mathew re: Joint Business Agreement (KIN00204134) and 1.12.12 Agreement (KIN00204135) | Incomplete |
| 97 | 10.15.15 email from Jeff Antonetti to Vivek Thomas re: ATC Emails (KIN00219309) | Hearsay, incomplete, authentication, foundation, relevance |
| 98 | 8.24.15 email from Jeff Antonetti to Vivek Thomas re: Emailing: kancor sales 63099.xls (KIN00219317) | Hearsay, incomplete, authentication, foundation, relevance |
| 99 | 8.19.15 email from Jeff Antonetti to Vivek Thomas re: Open Invoice Lists (KIN00219319) | Hearsay, incomplete, authentication, foundation, relevance |
| 100 | 8.19.15 email from Jeff Antonetti to Vivek Thomas cc: Brenda Zerbe, Greg Antonetti re: Open Kancor Invoices (KIN00219324-5) | Hearsay, incomplete, authentication, foundation, relevance |

| 101 | 8.24.15 email from Jeff Antonetti to Vivek Thomas re: Kancor Customer Rank 2.xls (KIN00219331) | Hearsay, incomplete, authentication, foundation, relevance |
|---|---|---|
| 102 | 2.24.15 email from Jeff Antonetti to Thomas Jacob re: Past Due Invoices (KIN00219334) | Hearsay, incomplete, authentication, foundation, relevance |
| 103 | 8.24.15 email from Jeff Antonetti to Vivek Thomas re: Sales Data (KIN00219373) | Hearsay, incomplete, authentication, foundation, relevance |
| 104 | 1.26.15 email from Jeff Antonetti to Thomas Jacob cc: Brenda Zerbe, Greg Antonetti re: Open Invoice Letter (KIN00219471) | Hearsay, incomplete, authentication, foundation, relevance |
| 105 | Inventory Current - Trial spreadsheet (KIN00219494) | Hearsay, authentication, foundation, relevance |
| 106 | Acacia Spice inventory spreadsheet (KIN00219505) | Hearsay, authentication, foundation, relevance |
| 109 | 1.10.06 email from Thomas Jacob to Geemon Korah cc: Vivek Thomas re: PepsiCo Non Disclosure Agreement (KIN00193425) | Relevance, incomplete |
| 112 | Business Plan (redacted)(KIN00219495-504) | Incomplete, hearsay, relevance |

Respectfully Submitted,

ATC INGREDIENTS INC.
By Counsel

GREENE LAW FIRM PLLC
3977 Chain Bridge Road, Suite 1
Fairfax, VA 22030
(703) 539-0333
(703) 935-4294 (facsimile)
NDG@NDGLaw.com

By: _/s/ Nancy D. Greene_____
    Nancy D. Greene, VSB # 38984

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system will then send notification to the following:

Anthony Herman (*pro hac vice*)
Ali Mojibi Yazdi (*pro hac vice*)
Grant D. Johnson (VA Bar. No. 85485)
Rebecca Dalton (VA Bar No. 85574)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5867
Fax: (202) 778-5867
GJohnson@cov.com

*Attorneys for Kancor Ingredients, Ltd. and Kancor Americas, Inc.*

                                                  /s/ Nancy D. Greene
                                                  Nancy D. Greene, Esquire